# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BURTON DEPESTRE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-2703

[January 11, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Catalina M. Avalos, Judge; L.T. Case No. 19010514MM10A.

Gordon Weekes, Public Defender, and Lisa S. Lawlor, Chief Assistant Public Defender, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KUNTZ and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***